UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 24-3253-MJ-REID

UNITED STATES OF AMERICA,
    Plaintiff,

v.

Jerry Rodriguez
    Defendant.

**WAIVER**

I, Jerry Rodriguez, the above-named defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to **a Speedy Arraignment**.

2) I possess full knowledge and understanding of the charges pending against me in this case.

3) Of my own free will, I do hereby refuse and waive in open court on **July 2nd**, my right to _____.

DATED: July 2, 2024

_____ Defendant
_____ Counsel for Defendant

## MAGISTRATE JUDGE'S CERTIFICATE

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his Constitutional rights, has refused and waived his/her right to **a speedy arraignment**.

DATED this 2nd day of July, 2024, at Miami, Southern District of Florida.

TAPE NO.:

_____
JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

c: AUSA, Defense Counsel, Probation, U.S. Marshal